# RETURN OF SERVICE

**Case No: 2:26–CV–03395–TLN–SCR**

FILED
OCT - 7 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

| NAME OF DEFENDANT SERVED | DATE OF SERVICE |
|---|---|
| Federal Bureau of Prisons/ DOJ | 10/6/26 |
| NAME OF SERVER *(PRINT)* | TITLE |
| Courtney de Lotty | |

***Check one box below to indicate appropriate method of service:***

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): Sent USPS Priority Mail with Signature Tracking # 9410830109355011545293 ~~Left at Post office 10/6/26~~

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/6/26
Date

[signature]
*Signature of Server*

2 Vanessa Place
Sacramento CA 95835
*Address of Server*

U.S. Postal Service
CERTIFIED MAIL RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington DC 20534

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $5.55 |
| $ | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $17.95 |
| Total Postage and Fees | $23.50 |

EL PASO 0838
30
Postmark Here
OCT - 6 2026
10/06/2026

Sent To Billy Stoffel
Street and Apt. No., or PO Box No. 455 CAPITOL MALL STE 802
City, State, ZIP+4® SACRAMENTO, CA 95814

PS Form 3800, January 2023 See Reverse for Instructions

9589 0710 5270 4060 4638 95