ERIC GRANT
United States Attorney
ZACHARY A. JAYOUSI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2870
Facsimile: (916) 554-2900

Attorneys for Defendants
Federal Bureau of Prisons and
United States Department of Justice

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY F. STEFFEY,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | CASE NO. 2:26-cv-03395-TLN-SCR<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendants' response to Plaintiff's complaint is currently due on October 28, 2026. Pursuant to Local Rule 144(a), the parties hereby stipulate that Defendants' deadline to respond to Plaintiff's Complaint is extended until November 18, 2026.

Dated: 10/15/2026

By: *__/s/ Billy F. Steffey (auth. 10/15/2026)__*
BILLY F. STEFFEY
Pro Se Plaintiff

Dated: 10/15/2026

ERIC GRANT
United States Attorney

By: */s/ Zachary A. Jayousi*
ZACHARY A. JAYOUSI
Assistant United States Attorney
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on October 20, 2026, she served a copy of:

**STIPULATION TO EXTEND DEADLINE FOR**

**DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

by placing said copies in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

**Address(es):**
Billy F. Steffey
455 Capitol Mall, Suite 802
Sacramento, CA 95814

*/s/ Monica C. Lee*
MONICA C. LEE